AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Western District of Tennessee

**FILED UNDER SEALED**

| | |
|---|---|
| United States of America<br>v.<br><u>Jose Diaz</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Case No.   2:25-cr-20334-TLP-cgc

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   Jose Diaz ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ❏ Complaint

❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

8 U.S.C. § 1325(a) Improper entry by alien; improper time/place; avoidance of examination

Date:   10/27/2025

*s/ Annie T. Christoff*

Issuing officer's signature

City and state:   Memphis, Tennessee

Honorable Annie T. Christoff, U.S. Magistrate Judge

Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 10/28/2025 , and the person was arrested on *(date)* 10/28/2025 at *(city and state)* Memphis TN . |

Date: 10/28/2025

Arresting officer's signature

Peason

Printed name and title