**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:25-20334-TLP** |
| | ) | |
| **JOSE DIAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

Comes now, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Bryce H. Phillips, Assistant United States Attorney for the Western District of Tennessee and respectfully requests that this matter is dismissed by this Court without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By:   /s/ Bryce H. Phillips
Bryce H. Phillips
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231

1

## CERTIFICATE OF SERVICE

I, Bryce H. Phillips, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been forwarded to Counsel for the Defendant via the court's electronic delivery system.

/s/Bryce H. Phillips
Bryce H. Phillips
Assistant United States Attorney